# Exhibit 1



# Dr. Aaron Lewis

● Senior Pastor-Family Church
● Foreign & Domestic Missions
● Church Sovereignty Expert

May 18, 2023

I am writing this letter regarding America's Frontline Doctors AFLDS, also known as Free Speech Foundation. Since March 31, 2023, I have served as Chair of the Board for this organization. Also, since that date, two board members have abruptly resigned, including the treasurer, and one board member was asked to leave the board insofar as he and Dr. Simone Gold shared the same legal counsel, which was deemed to be a conflict of interest. Over 75% of our board has become dysfunctional in less than a month and a half. Before this, I've carefully witnessed actions that became increasingly concerning regarding Mr. Kevin Jenkins's behavior regarding how a board operates and allegations made concerning Dr. Simone Gold, Sally Wagenmaker, and Sheriff Richard Mack, amongst others. According to Investopedia

*"A chair of the board (COB) holds the most power and authority on the board of directors and provides leadership to the firm's officers and executives. The chair of the board ensures that the firm's duties to shareholders are being fulfilled by acting as a link between the board and upper management. The chair of the board (COB) heads the board of directors, provides leadership to the firm's executives and other employees, leads the charge on big-picture decisions, and sets the tone for the corporate culture of the company."*

Since assuming the role of chair of the board, every decision that has been made concerning finance, choosing new board members, and disbursement of funds has been solely made by Mr. Jenkins with the sanction of Attorney Rachel Rodriguez. On various occasions, I've written to and spoken with Mrs. Rodriguez explaining that her taking all commands and directives from Mr. Jenkins and not getting any approval or recommendation from the board was in direct violation of the by-laws and also could potentially jeopardize her standing with the bar in the state of Florida which she holds her license. Despite my admonitions, every single decision has been made with Mr. Jenkins's direct supervision without any board approval.

There have been more than one meeting of which I did not attend, where my name was forged or misrepresented. There were meetings without my attendance where several decisions were voted on without my knowledge or approval. Since March 31, 2023, there were more than five purported emergency meetings of which I was unaware until after the fact, all called upon by Mr. Jenkins, where board meeting minutes were falsified by Mrs. Rodriguez, who has no authority to do so but was directed by Mr. Jenkins to carry out.

 Prayer@FamilyofGodct.org

 (860) 937-7112

 PO Box 380240 East Hartford, CT 06138

Upon information and belief, I have come to realize that much of what is and has happened is a pattern and practice of Mr. Jenkins of alleged fraud and misappropriation of resources. Since knowing Mr. Jenkins, he has headed Urban Global Health Alliance, and The Zelenko Foundation, was Chair of Children's Health Defense Florida, and is now President/CEO of Free Speech Foundation, operating as America's Frontline Doctors. When I was recruited to assume the role that I served, I did so not knowing entirely why Mr. Jenkins was so eager to work within another organization of which Dr. Gold was the founder and thought leader.

When I was asked to perform this role, Mr. Jenkins told me that Dr. Gold was a thief who robbed her followers of tens of millions of dollars. He insisted that our organization had to recover all the money he phrased as "recapture." Both Mr. Jenkins and Attorney Rodriguez also informed me that Attorney Sally Wagenmaker committed violations and broke ethics. To date, none of these accusations have been proven, and no evidence has been given whatsoever. Since March 31, 2023, I nor any other board member has seen one document regarding financials, bank statements, or any monthly expenses or record of payment to vendors or staff.

Upon information and belief, Mr. Jenkins has strategically selected various people from the medical freedom community and constitutional patriots to act as cohorts in helping him secure funds not for AFLDS but rather to enrich his personal interest and those with whom he has made promises. When questioned about any topic Mr. Jenkins feels unobligated to answer, his answer is always met with expletives and vulgarities, never with sound responses. Upon information and belief, I have discovered that much of the accusation Mr. Jenkins has levied against Dr. Gold and Ms. Wagenmaker, and others are a direct link to his track record of fraud, embezzlement, misappropriation, and deceit.

For over 33 years, I have served as a cleric, traveled to 61 countries, oversaw dozens of parishes, and brought medical aid and education to thousands of families. My name has always been beyond reproach, as the holy scriptures remind us in Proverbs 22:1. A *good* name *is* rather to be chosen than great riches *and* loving favor rather than silver and gold. For the past two weeks, I have had to deal with the mourning of death in my family, which is why I haven't responded to any emails.

During that time, I witnessed unusual anxiety among non-board members, Mr. Jenkins and Attorney Rodriguez, to act without board approval, make appointments, and hold board meetings called by Mr. Jenkins, are all illegal processes and violate all board protocols. A board is unnecessary and merely becomes a figure role if all decisions are directed by and made by one person as has been the case. Nonetheless, I have decided to resign from this board as chair and from all involvement with AFLDS and Free Speech Foundation. I ask that my name be removed from any bank account and the Secretary of State filings. Also, please remove my name from any advertising endorsing the organization or Mr. Jenkins in any way, of which I have not approved.

For anyone still involved with this organization without a clearer examination of how many board members has suddenly recused themselves within a month, I pray that you move forward wisely. Please count the cost of dealing with something that may cost your reputation and good standing forever. Moreover, I pray that God will have mercy on anyone who uses an altruistic organization to enrich themselves personally at the expense of innocent donors.

Sincerely,

Dr. Aaron Lewis, Ph.D.

2